In the Matter of ELLISON B. KOSOFF, Petitioner, and HART KNIT-
WEAR CORP., Respondent. '' JOHN JONES '', as President of
Knitgoods Workers Union, Local 155, International Ladies
Garment Workers Union, an Unincorporated Association,
Appellant, et al., Respondents.

Argued October 4, 1951; decided November 21, 1951.

*Vinson C. Aronson* and *Elias Lieberman* for appellant.

*Leon London* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, FULD and FROESSEL, JJ. Dissenting: DESMOND and DYE, JJ., upon the ground that the question whether there was a lockout was for the arbitrators.